FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2002

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> CHRISTOPHER ISAAC NATIVIDAD, ) <br> ) <br> Defendant. ) <br> ) | CR. NO. CR02-00245 DAE <br><br> INDICTMENT <br> [21 U.S.C. § 860, 21 U.S.C. <br> § 841(a)(1)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about the 7th day of May, 2002, at Wahiawa District Park, in Wahiawa, Oahu, in the District of Hawaii, the defendant, CHRISTOPHER ISAAC NATIVIDAD, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 16.7

grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a), in or on or within 1,000 feet of the real property comprising Ho'Ala School, which is a private elementary school, in further violation of Title 21 United States Code, Section 860.

All in violation of Title 21, United States Code, Section 860.

### COUNT 2

The Grand Jury further charges:

On or about the 8th day of May, 2002, at Wahiawa District Park, in Wahiawa, Oahu, in the District of Hawaii, the defendant, CHRISTOPHER ISAAC NATIVIDAD, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 27.30 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a), in or on or within 1,000 feet of the real property comprising Ho'Ala School, which is a private elementary school, in further violation of Title 21 United States Code, Section 860.

All in violation of Title 21, United States Code, Section 860.

COUNT 3

The Grand Jury further charges:

On or about the 17th day of May, 2002, at Wahiawa District Park, in Wahiawa, Oahu, in the District of Hawaii, the defendant, CHRISTOPHER ISAAC NATIVIDAD, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 42.49 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a), in or on or within 1,000 feet of the real property comprising Ho'Ala School, which is a private elementary school, in further violation of Title 21 United States Code, Section 860.

All in violation of Title 21, United States Code, Section 860.

COUNT 4

The Grand Jury further charges:

On or about the 23rd day of May, 2002, in the District of Hawaii, the defendant, CHRISTOPHER ISAAC NATIVIDAD, did knowingly and intentionally possess with intent to distribute and did distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 82.52 grams, a

Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATED: __June 13__, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


United States v. Christopher I. Natividad
Cr. No. _____
"Indictment"

4