ORIGINAL

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Hawaii

UNITED STATES OF AMERICA

V.

CHRISTOPHER ISAAC

**WARRANT FOR ARREST**

CASE NUMBER: 02-366 BMK

CR 02-245 DAE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 2 6 2007
at 10 o'clock and 00 min A M
SUE BEITIA, CLERK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  CHRISTOPHER ISAAC NATIVIDAD
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowing and intentional distribution of more than 50 grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance,

in violation of
Title _____ 21 _____ United States Code, Section(s) 841(a)(1)

BARRY M. KURREN                          United States Magistrate Judge
Name of Issuing Officer                    Title of Issuing Officer

[signature]                               Honolulu, HI
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____  by _____
                                          Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST MAY 31 2002 | Special Agent Rachel A Byrd | Rachel A Byrd |

This form was electronically produced by Elite Federal Forms, Inc.